IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT F. CAMPBELL** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 07-CV-2343 |
| **MICHAEL J. ASTRUE,** | : | |
| *Commissioner of the* | : | |
| *Social Security Administration* | : | |

## ORDER

**AND NOW**, this 8th day of February, 2008, upon careful and independent consideration of the pleadings and the record herein, and after review of the Report and Recommendation of United States Magistrate Judge Peter B. Scuderi, and having received no objections thereto, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review is **GRANTED**;

3. Defendant's Request for Review is **DENIED**; and

4. The decision of the Commissioner which denied disability benefits to Plaintiff is vacated, and the case is **REMANDED** for further proceedings.

                                        BY THE COURT:


                                        /s/ Bruce W. Kauffman
                                        **BRUCE W. KAUFFMAN, J.**